Jason M. Montgomery, OSB #024004
DOLE COALWELL
810 SE Douglas Avenue
Post Office Box 1205
Roseburg, OR 97470-0303
Telephone: (541) 673-5541
Telefax: (541) 673-1156
Email: jason@roseburglaw.com
Of Attorneys for Plaintiff

UNITED STATES DISTRICT

COURT DISTRICT OF OREGON

EUGENE DIVISION

| | | |
|---|---|---|
| FLORENCE A. PARKER, | ) | Case No. 6:18-cv-01611-AA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **JOINT STATUS REPORT** |
| v. | ) | |
| | ) | |
| CHARLES GELBER, | ) | |
| | ) | |
| Defendant. | ) | |

The parties submit this joint status report.

      a.    Initial disclosures are waived;

      b.    The parties consent to a magistrate;

c.    The parties agree to set the discovery deadline 90 days after the Court rules

on Defendant's motion to dismiss;

d.    The parties agree to set the dispositive motion deadline 30 days after the

close of discovery; and,

e.    The parties agree to set the pretrial order and joint ADR report deadline to

60 days after close of discovery.

DATED: December _____, 2018

Jason M. Montgomery, OSB #024004
Of Attorneys for Plaintiff

DATED: December _____, 2018

Troy G. Sexton, OSB #115184
Of Attorneys for Defendant

Page 2 -        JOINT STATUS REPORT