UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Florence A. Parker,

Case No.: 6:18-cv-01611-AA

Plaintiff(s),

v.

Charles Gelber,

Defendant(s).

**Consent to Jurisdiction by a Magistrate Judge
and Designation of the Normal Appeal Route**

     Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

Dated: 12/04/2018 .

Signature: /s/ Troy G. Sexton

Name and Bar Number: Troy G. Sexton, OSB #115184

E-mail Address: tsexton@portlaw.com

Firm Name: Motschenbacher & Blattner LLP

Mailing Address: 117 SW Taylor Street, Suite 300

City, State, Zip: Portland, OR 97204

Party Represented: Defendant

[Rev. 01/2018]

Jason M. Montgomery, OSB #024004
DOLE COALWELL
810 SE Douglas Avenue
Post Office Box 1205
Roseburg, OR 97470-0303
Telephone: (541) 673-5541
Telefax: (541) 673-1156
Email: jason@roseburglaw.com

Of Attorneys for Plaintiff

UNITED STATES DISTRICT

COURT DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FLORENCE A. PARKER, ) | Case No. 6:18-cv-01611-AA |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **CONSENT TO MAGISTRATE** |
| v. ) | |
| ) | |
| CHARLES GELBER, ) | |
| ) | |
| Defendant. ) | |

**Consent to Jurisdiction by a Magistrate Judge
and Designation of the Normal Appeal Route**

Page 1 -   CONSENT TO MAGISTRATE

Pursuant to Fed. R. Civ. P. 73(b), as counsel for the party identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

Dated: 12/4/18

Signature: _____

Name and Bar Number: 024004

E-mail Address: jason@roseburglaw.com

Firm Name: Dole Coalwell

Mailing Address: PO Box 1205

City, State, Zip: Roseburg, OR 97470

Party Represented: Plaintiff, Florence A. Parker

Page 2 -    CONSENT TO MAGISTRATE

## CERTIFICATE OF SERVICE

I hereby certify that on December 4th, 2018, I served true copies of the foregoing Consent to Magistrate, on the following:

Troy G. Sexton
Attorney for Defendant
Motschenbacher & Blattner LLP
117 SW Taylor St Ste 300
Portland, OR 97204

☐ Electronic Service through the OJD Electronic filing system pursuant to UTCR. 21.100 (1)(a), at the party's email address on record in the eFiling system

X   First Class Mail

☐   Facsimile Transmission

☐   Electronic Mail

☐ Electronic Mail through the OJD Electronic filing system at the party's email address on record in the eFiling system

☐   Hand Delivery

Jason M. Montgomery, OSB #024004
DOLE COALWELL
810 SE Douglas Avenue
P.O. Box 1205
Roseburg, Oregon 97470
Telephone: (541) 673-5541
Facsimile: (541) 673-1156
Email: jason@roseburglaw.com
Of Attorneys for Plaintiff